UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

WILLIAM TAYLOR           :
                         :
         Plaintiff(s)    :         **JUDGMENT**
     (vs)                :
                         :         Civil #09-02856 (RBK)
BAYSIDE STATE PRISON, ET AL.  :
                         :
         Defendant(s)    :

-----------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court

having found on April 19, 2010 and no timely objection having been filed,

IT IS, on this 28th day of July, 2010

ORDERED that the report of Hon. John W. Bissell dated April 19, 2010

is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants**

**Bayside State Prison, et al.** and against **plaintiff William Taylor**.


                                         _____
                                         HON. ROBERT B. KUGLER, U.S.D.J.